UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNY RUBIN, <br> DEBORAH RUBIN, <br> DANIEL MILLER, <br> ABRAHAM MENDELSON, <br> STUART E. HERSH, <br> RENAY FRYM, <br> NOAM ROZENMAN, <br> ELENA ROZENMAN, <br> and TZVI ROZENMAN, <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN <br> (aka Iran, The Republic of Iran, Republic of Iran, <br> The Government of Iran, Iranian Government, and <br> Imperial Government of Iran), <br> THE IRANIAN MINISTRY OF <br> INFORMATION AND SECURITY, <br> AYATOLLAH ALI HOSEINI KHAMENEI, <br> ALI AKBAR HASHEMI-RAFSANJANI, <br> and ALI FALLAHIAN-KHUZESTANI, <br><br> Defendants. | Civil Action No.: 01-1655 (RMU) <br><br> Document Nos.: 14, 20 <br><br> **FILED** <br> SEP 1 0 2003 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

## ORDER AND JUDGMENT

For the reasons set forth in the accompanying Findings of Fact and Conclusions of Law, it is this 10th day of September, 2003,

**ORDERED** that judgment be and is entered on behalf of plaintiff Jenny Rubin against all defendants, jointly and severally, for compensatory damages in the amount of $7,000,000; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiff Daniel Miller against all defendants, jointly and severally, for compensatory damages in the amount of $12,000,000; and it is

**ORDERED** that judgment be and is entered on behalf of plaintiff Abraham Mendelson against all defendants, jointly and severally, for compensatory damages in the amount of $12,000,000; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiff Stuart Hersh against all defendants, jointly and severally, for compensatory damages in the amount of $12,000,000; and it is

**ORDERED** that judgment be and is entered on behalf of plaintiff Noam Rozenman against all defendants, jointly and severally, for compensatory damages in the amount of $15,000,000; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiff Deborah Rubin against all defendants, jointly and severally, for compensatory damages in the amount of $2,500,000; and it is

**ORDERED** that judgment be and is entered on behalf of plaintiff Renay Frym against all defendants, jointly and severally, for compensatory damages in the amount of $6,000,000; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiff Elena Rozenman against all defendants, jointly and severally, for compensatory damages in the amount of $2,500,000; and it is

**ORDERED** that judgment be and is entered on behalf of plaintiff Tzvi Rozenman against all defendants, jointly and severally, for compensatory damages in the amount of $2,500,000; and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of plaintiffs Jenny Rubin, Daniel Miller, Abraham Mendelson, Stuart Hersh, and Noam Rozenman

against all defendants except for Iran, jointly and severally, for punitive damages in the amount of $37,500,000 for each of these plaintiffs; and it is

**ORDERED** that the plaintiffs' motion to modify the case caption is granted; and it is

**FURTHER ORDERED** that the plaintiffs may arrange for this Judgment and Order to be translated into Farsi and, at the plaintiffs' request, the Clerk of the Court shall cause a copy of the translated Judgment and Order and the accompanying Findings of Fact and Conclusions of Law to be transmitted to the U.S. Department of State for service upon the defendants through diplomatic channels.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

Service List for *Campuzano v. Islamic Republic of Iran,* Civil Action No. 00-2328

Jacob A. Stein
Stein Mitchell & Mezines
1100 Connecticut Ave, NW
Washington, DC 20036
*Counsel for the Plaintiffs*

Service List for *Rubin v. Islamic Republic of Iran,* Civil Action No. 01-1655

David J. Strachman
McIntyre, Tate, Lynch & Holt
321 South Main St, Suite 400
Providence, RI 02903
*Counsel for the Plaintiffs*