UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JENNY RUBIN, et al.,

    Plaintiffs – Judgment Creditors,

v.                                                                                                          01-1655(RCL)

THE ISLAMIC REPUBLIC OF IRAN, et al.,

    Defendants – Judgment Debtors.

## ORDER

Upon consideration of Plaintiffs' Motion to Revive Judgment of September 10, 2003, the Court hereby grants such motion. The Judgment is extended in favor of the Plaintiffs and against the Defendants for another twelve years, ~~or until September 10, 2027~~ from this date. D.C. Code 15-103.

SO ORDERED, this ___29th___ day of ___May___, 2015

                                                                                              _Royce C. Lamberth_
                                                                                United States District Court